UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Faith S. Hochberg |
| v. | : Crim. No. 09-52 (FSH) |
| LARRY HILL | : <u>Continuance Order</u> |

    This matter having come before the Court on the application of defendant Larry Hill (by Alexander Booth, Esq.), agreed to by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    To provide defendant and his counsel additional time to prepare the defense of the case;

    ii.    Defendant has sought and the government has consented to the aforementioned continuance; and

1

iii. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 16th day of April, 2009,

IT IS ORDERED that defense motions shall be filed by April 28, 2009, the government's reply shall by filed by May 5, 2009, the defense surreply, if any, shall be filed by May 8, 2009, the argument of the motions will be on a date to be determined and the trial is scheduled for May 18, 2009; and

IT IS FURTHER ORDERED that the period from April 16, 2009, through May 18, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. FAITH S. HOCHBERG
United States District Judge

Form and entry agreed:

Alexander Booth, Esq.
Counsel for defendant Larry Hill

Charlton A. Rugg
Assistant United States Attorney

2